# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-00283-01-CR-W-HFS |
| ANTONIO M. LONA, | ) |
| Defendant. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On October 3, 2018, the Grand Jury returned a one-count Indictment against defendant Antonio M. Lona. On August 6, 2019, the Grand Jury returned a one-count Superseding Indictment charging defendant Lona with being a felon in possession of a firearm.

The following matters were discussed, and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Don Michael Green
    Case Agent: Det. Frank Rorabaugh
    Defense: Michael McIntosh/Larry Schaffer

**OUTSTANDING MOTIONS**:

**TRIAL WITNESSES**:
    Government: 6-8 with stipulations; 8-10 without stipulations
    Defendant: 3 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 15-20 exhibits
    Defendant: approximately 3 exhibits

**DEFENSES**: general denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2.5 days total**
    Government's case including jury selection: 1.5 day(s)
    Defendant: 1 day(s)

**STIPULATIONS**: Possible stipulations as to interstate nexus and felony status stipulation.

**UNUSUAL QUESTIONS OF LAW:** none

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: **Updated list(s) due on or before Thursday December 26, 2019.**
        Defendant: **Updated list(s) due on or before Thursday, December 26, 2019**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on**

or before Thursday, January 2, 2020.

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: None anticipated. Due on or before Thursday, January 2, 2020.**

**TRIAL SETTING**: Criminal jury trial docket set for January 6, 2020.

    **Please note:** Government is requesting the second week of the trial docket due to witness scheduling conflicts. Defendant has no objection.

    **IT IS SO ORDERED**

                                       */s/ Lajuana M. Counts*
                                        LAJUANA M. COUNTS
                                        UNITED STATES MAGISTRATE JUDGE